# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 7, 2024

### NO. 03-22-00631-CV

**Brett Clark, Appellant**

**v.**

**Heidi L. Binder, Appellee**

---

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the order signed by the trial court on August 29, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.